### WORK et al. v. BRAUN et al.
(Opinion filed, Sept. 4, 1909.)

On re-argument. Former opinion adherred to.

For former opinion, see 19 S. D. 437, 103 N. W. 764.

HANEY, P. J. The issues involved in this action are fully stated in the former decision of this court, Work v. Brown, 19 S. D. 437, 103 N. W. 764. After re-argument, and further consideration, the views therein expressed are adherred to, and the judgment of the circuit court affirmed.

McCOY, J., taking no part in the decision.